**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: D.M.-S., A MINOR | : | No. 231 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: J.M., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: D.M.-S., A MINOR | : | No. 232 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: J.M., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: D.S., A MINOR | : | No. 233 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: J.M., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| IN THE INTEREST OF: J.M.-S., A MINOR | : | No. 234 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: J.M., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| IN THE INTEREST OF: J.S., A MINOR | : | No. 235 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: J.M., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 2nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.